JS-6

MICHAEL D. UPDIKE, ESQ./SBN: 119156
Email: mdu@michaelupdike.com
**LAW OFFICES OF MICHAEL D. UPDIKE**
1219 Morningside Drive
Manhattan Beach, CA 90266
Telephone: (310) 545-9244
Facsimile: (310) 376-5012

CHARLES MILLER, ESQ./SBN: 276523
Email: charles@hop-law.com
ERIC D. PEARSON (Admitted *pro hac vice*)
Email: eric@hop-law.com
**HEYGOOD, ORR & PEARSON**
2331 W. Northwest Hwy., 2nd Floor
Dallas, Texas 75220
Telephone: (214) 237-9001
Facsimile: (214) 237-9002
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD N. SHEFFER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a New York corporation; SAMSUNG ELECTRONICS AMERICA, a New Jersey Corporation; and DOES 1-100, inclusive;<br><br>Defendants. | CASE NO.: CV 13-03466-GW(AJWx)<br><br>**ORDER DISMISSING ACTION TO PERMIT APPEAL** |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS TO PERMIT APPEAL - 1

Upon consideration of Plaintiff Conrad N. Sheffer's and Defendants Samsung Telecommunications America, LLC, and Samsung Electronics America, Inc.'s Stipulation to Dismiss to Permit Appeal, and for good cause shown, the Court hereby APPROVES the parties' stipulation and ORDERS as follows:

Plaintiff's remaining claims shall be dismissed with prejudice and the prior stay shall be lifted so that Plaintiff may appeal this Court's February 6, 2014 Order Granting Defendants' Motion to Compel Arbitration (Dkt-58).

**IT IS SO ORDERED.**

DATED: **July 10, 2014**

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE